IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDRE GRANT,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 25-CV-1093 |
| | : | |
| **LUIS LLAMAS,** | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 4th day of March, 2025, upon consideration of Plaintiff Andre Grant's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons in the Court's Memorandum. Grant is not given leave to file an amended complaint in this case.

4. The Clerk of Court is **DIRECTED** to file the "Claim Form" attached to the Complaint (ECF No. 2 at 7-11) as a "Notice" in Llamas' criminal case, *United States v. Llamas*, Crim. A. No. 21-390-1 (E.D. Pa.) with a filing date of February 28, 2025.

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, J.